UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-20171-Cr (PAS)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW CHORLIAN,

    Defendant.
_____/

## AMENDED CONSENT MOTION TO PERMIT TRAVEL

Your Honor previously granted Andrew Chorlian's consent motion (DE 34 and DE 35) to travel to Andover, New Jersey to attend his brother-in-law's wedding on March 30, 2024. We respectfully request that the Order be amended to permit Mr. Chorlian to return to his home in Brooklyn by 2:00 pm on March 31, 2024. Probation Officer Sabrina Gargano, who is monitoring Mr. Chorlian in Brooklyn, advised defense counsel that she is not authorized to consent to the request since Mr. Chorlian will be on electronic monitoring and thus takes no position on the request. AUSA Andrew Jaco consents to the request.

**Wherefore,** Mr. Chorlian respectfully requests that Your Honor permit him to return to Brooklyn from his brother-in-law's wedding by 2:00 pm on March 31, 2024.

    Respectfully submitted,

    BACHNER & ASSOCIATES, PC
    111 Broadway, Suite 701
    New York, NY 10006
    T: (212) 344-7778
    F: (212) 344-7774

    By:

*Michael F. Bachner*
Michael Bachner, Esq. pro hac vice counsel

FRIDMAN FELS & SOTO, PLLC
2525 Ponce de Leon Boulevard
Suite 750
Coral Gables, FL 33134
Tel: (305) 569-7701
Fax: (786) 627-4145

By: *s/Adam Fels*
   Adam Fels, Esq.
   Florida Bar No.: 0114917